# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alton Sharan Sapp, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00416-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary L. McFadden | ) | |
| Kent L. Rhoads | ) | |
| Marilyn Henson | ) | |
| Mecklenburg County Sheriff | ) | |
| Department, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2022 Order.

October 31, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court